**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **NIKOLOZ BURASHVILI** | **CASE NO. 3:25-CV-01940 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SCOTT LADWIG ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Before the Court is a Motion for a Temporary Restraining Order ("TRO") [Doc. No. 3] filed by Petitioner, Nikoloz Burashvili ("Petitioner").

**IT IS ORDERED** that the Respondents file a response to the Motion for a TRO by Monday, December 29, 2025. Petitioner may file a reply brief within seven (7) days after Respondents' response is filed.

**IT IS FURTHER ORDERED** that the parties shall apprise the Court of any imminent material changes to the Petitioner's circumstances that could affect this Court's jurisdiction, before they arise, insofar as practicable.

MONROE, LOUISIANA, this 8th day of December 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE