**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

NIKOLOZ BURASHVILI

*Petitioner*

v.

SCOTT LADWIG, in his official capacity as Acting
Field Office Director of the New Orleans Field Office
of U.S. Immigration and Customs Enforcement,
Enforcement and Removal Operations;

Warden, Jackson Parish Correctional Center, in their
official capacity;

TODD LYONS, in his official capacity as Acting
Director and Senior Official Performing the Duties of
the Director of U.S. Immigration and Customs
Enforcement;

KRISTI NOEM, in her official capacity as Secretary of
the Department of Homeland Security; and

PAMELA BONDI, in her official capacity as Attorney
General of the United States,

*Respondents.*

Case No. 3:25-cv-1940

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Veronica Cardenas for admission to practice Pro Hac Vice in the

above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of

New Jersey; and that her contact information is as follows:

Applicant's Name:   Veronica Cardenas
Firm Name:          Cardenas Immigration Law
Address:            2 Arnot St., Ste 6, Unit 122, Lodi, NJ 07644
Telephone:          201-470-4549

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

Petitioners in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the

above captioned case in the United States District Court for the Western District of Louisiana.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

Dated: ___12/10/25_____

_Kayla D. McClusky_____

U.S. Magistrate Judge