UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

NIKOLOZ BURASHVILI                    CASE NO.  3:25-CV-01940 SEC P

VERSUS                                JUDGE TERRY A. DOUGHTY

SCOTT LADWIG ET AL                    MAG. JUDGE KAYLA D.
                                      MCCLUSKY

## ORDER

Considering the Petition for Writ of Habeas Corpus [Doc. No. 1] filed by Petitioner, Nikoloz Burashvili ("Petitioner"), together with the Report and Recommendation of the Magistrate Judge [Doc. No. 20],

IT IS ORDERED that the parties file a joint status report addressing the following:

1) Whether Petitioner received a removal hearing under 8 U.S.C. 1229a; and

2) If he received a § 1229a hearing, what the outcome of the hearing is (a removal order, an appeal to the Board of Immigration Appeals, etc.).

The joint status report is due on or before Thursday, June 4, 2026.

MONROE, LOUISIANA, this 29th day of May 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE