**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**NIKOLOZ BURASHVILI**                        **CASE NO.  3:25-CV-01940 SEC P**

**VERSUS**                                    **JUDGE TERRY A. DOUGHTY**

**SCOTT LADWIG ET AL**                        **MAG. JUDGE KAYLA D. MCCLUSKY**

**JUDGMENT**

For the reasons stated in the Court's Memorandum Ruling [Doc. No. 25],

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Court **DECLINES TO ADOPT** the Report and Recommendation of the Magistrate Judge [Doc. No. 20].

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Burashvili's Petition for Writ of Habeas Corpus [Doc. No. 1] is **GRANTED**. Respondents, including the Warden of Jackson Parish Correctional Center, must release Burashvili from custody as soon as reasonably possible. Respondents may place Burashvili under reasonable conditions of supervision, to be established by an ICE officer, if necessary. Respondents must notify Burashvili 's counsel of the exact location and time of his release no less than two hours before his release. Respondents **must notify the Court of Burashvili's release within 24 hours of Burashvili's release** via the following email: doughty_motions@lawd.uscourts.gov.

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that Respondents are **ENJOINED AND RESTRAINED** from re-detaining Burashvili

1

unless and until his removal order becomes final, and he falls within § 1231's ambit for detention.

MONROE, LOUISIANA, this 3rd day of June 2026.

 

 

                  TERRY A. DOUGHTY
        UNITED STATES DISTRICT JUDGE