UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

NIKOLOZ BURASHVILI                          CASE NO.  3:25-CV-01940 SEC P

VERSUS                                      JUDGE TERRY A. DOUGHTY

SCOTT LADWIG ET AL                          MAG. JUDGE KAYLA D. MCCLUSKY

## JUDGMENT

For the reasons stated in the Court's Memorandum Ruling [Doc. No. 31],

**IT IS ORDERED** that Respondents' Motion for Reconsideration [Doc. No. 27] is **GRANTED**, and the previous judgment [Doc. No. 26] is **VACATED**.

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that the Court **DECLINES TO ADOPT** the Report and Recommendation of the Magistrate Judge [Doc. No. 20].

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that Burashvili's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 11th day of June 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1